UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 1:26CR-38- MR-WCM |
| v. | **BILL OF INDICTMENT** |
| | Violations: |
| MARCOS PATINO-REYES, | 8 U.S.C. § 1326(a) |
| a/k/a Jose Luis Zalazar Cortez, a/k/a Martin Rodriguez, a/k/a Marco Murrita, a/k/a Marco Cortez. | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about January 6, 2024, in Jackson County, within the Western District of North Carolina, and elsewhere, the defendant,

**MARCOS PATINO-REYES
a/k/a JOSE LUIS ZALAZAR CORTEZ
a/k/a MARTIN RODRIGUEZ
a/k/a MARCO MURRITA
a/k/a MARCO CORTEZ**

an alien previously removed from the United States on or about September 19, 1998, at or near Laredo, Texas, and on or about March 6, 2013, at or near Laredo, Texas, and on or about July 3, 2018, at or near Brownsville, Texas, and who previously had been convicted of an aggravated felony offense, was found in the United States after having knowingly entered the United States, and without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

1

All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ANNABELLE CHAMBERS
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2